UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSEPH KUSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN HOMEPATIENT, INC., and LINCARE HOLDINGS, INC.<br><br>Defendants. | Case No.: 8:18-cv-02348-EAK-TGW<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, JOSEPH KUSS ("Plaintiff"), and Defendants, AMERICAN HOMEPATIENT, INC. ("AHP") and LINCARE HOLDINGS, INC. ("Lincare") (collectively, "Defendants"), are pleased to inform the Court that the parties have reached final settlement in this case, including finalization of all settlement documents and documents necessary for preliminary approval. The parties anticipate seeking approval of the notice plan and preliminary approval of the proposed class settlement within 60 days. The parties respectfully request the Court administratively close this case for 60 days to enable finalization of all documents for preliminary approval.

Dated: September 5, 2019

Respectfully submitted,

*/s/ John A. Yanchunis*
JOHN A. YANCHUNIS
jyanchunis@ForThePeople.com
RYAN J. MCGEE
rmcgee@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

CHARLIE SCHAFFER
CSchaffer@lfsblaw.com
DANIEL C. LEVIN

*/s/ Michael S. Hooker*
MICHAEL S. HOOKER
Michael.Hooker@phelps.com
JASON A. PILL
Jason.Pill@phelps.com
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

*Attorneys for Defendants American HomePatient, Inc. and Lincare Holdings, Inc.*

1

DLevin@lfsblaw.com
**LEVIN SEDRAN BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John A. Yanchunis