UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH KUSS, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                          CASE NO. 8:18-cv-2348-T-TGW

AMERICAN HOMEPATIENT, INC.
and LINCARE HOLDINGS, INC.

    Defendants.
_____/

## JUDGMENT

1. The Settlement Agreement is hereby approved and shall be carried out according to its terms.

2. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. However, with the consent of the Parties the Court retains jurisdiction for the purpose of enforcing the terms of the Settlement and of this Final Judgment and Order.

3. As of the Effective Date, the Releasing Parties shall automatically be deemed to have fully and irrevocably released and forever discharged Defendants and each of their present and former direct and indirect, domestic and foreign parents, subsidiaries, divisions, affiliates, predecessors, successors, and assigns, and the present and former directors, officers, employees, agents, insurers

or reinsurers, shareholders, attorneys, advisors, consultants, representatives, partners, joint venturers, independent contractors, wholesalers, resellers, distributors, retailers, predecessors, successors, and assigns of each of them (collectively the "Released Parties"), jointly and severally, from any and all claims, lawsuits, actions, proceedings or disputes, whether known or unknown, that are based upon, or relate to the burglary that occurred at the Newark, Delaware office location of AHOM on January 7, 2017, wherein seven computer tower boxes were taken, of which five of the seven computers were not encrypted and may have contained Personally Identifiable Information ("PII") of Plaintiff and Class Members (the "Security Incident") that were or could have been alleged in this litigation.

4. Settlement Class Counsel has waived, discharged, and released the Released Parties of and from any and all claims for attorney's fees, by lien or otherwise, for legal services rendered by Settlement Class Counsel in connection with the Action.

5. Without any further order of the Court, the Parties may agree to reasonable extensions of time to carry out any of the provisions of the Agreement.

6. The Court directs immediate entry of this Judgment by the Clerk of the Court.

7. The Clerk of the Court shall close this case.

DONE and ORDERED at Tampa, Florida, this 13th day of August, 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE